IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SANDRA ALLEN | * | |
| | * | |
| v. | * | Civil No. L-96-1546 |
| | * | |
| COLUMBIA MALL, INC., ET AL. | * | |
| | ***** | |

DEC 16 1999

## ORDER

As stated in the accompanying memorandum to counsel, it is, this 16th day of December 1999

ORDERED that defendants' motion to reconsider the dismissal of defendants' bill of costs is denied.

J. Frederick Motz
United States District Judge

