## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

DEC 1 6 1999

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 16, 1999

MEMO TO COUNSEL RE: Sandra Allen, et al. v. Columbia Mall, Inc., et al.
Civil No. L-96-1546

Judge Legg is temporarily out of the office due to his recent back surgery. In his absence I am monitoring some of his cases for him.

I have reviewed defendants' motion to reconsider the dismissal of defendants' bill of costs. I am not unsympathetic to defendants' position that the one-day delay in filing may not have been his fault. However, I am satisfied that under the circumstances the interest of justice is served by requiring defendants to adhere strictly to this court's rules. They could have filed their bill of costs before the last day. Accordingly, the motion to reconsider will be denied.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File